Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-352-266**
Effective Date of Registration:
May 19, 2023
Registration Decision Date:
June 23, 2023

## Title

Title of Work: FLAMENCO - PORTRAIT OF A DANCER

## Completion/Publication

Year of Completion: 2021
Date of 1st Publication: May 26, 2021
Nation of 1st Publication: Italy

## Author

- Author: Anna Rita Angiolelli
  Author Created: 2-D artwork
  Citizen of: Italy

## Copyright Claimant

Copyright Claimant: Anna Rita Angiolelli
Via Monte Vettore, 33, PESCARA, 65124, Italy

## Rights and Permissions

Name: Anna Rita Angiolelli
Email: angiolelliarte@gmail.com

## Certification

Name: David Denholm
Date: May 19, 2023
Applicant's Tracking Number: AA2023051902

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-352-267**
Effective Date of Registration:
May 19, 2023
Registration Decision Date:
June 23, 2023

## Title

Title of Work: MISTERO

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: April 21, 2015
Nation of 1st Publication: Italy

## Author

- Author: Anna Rita Angiolelli
  Author Created: 2-D artwork
  Citizen of: Italy

## Copyright Claimant

Copyright Claimant: Anna Rita Angiolelli
Via Monte Vettore, 33, PESCARA, 65124, Italy

## Rights and Permissions

Name: Anna Rita Angiolelli
Email: angiolelliarte@gmail.com

## Certification

Name: David Denholm
Date: May 19, 2023
Applicant's Tracking Number: AA2023051901

