**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANNA ANGIOLELLI, | |
| Plaintiff, | Case No.: 1:23-cv-15333 |
| v. | Judge John F. Kness |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 53 | DiManFeng Inc |
| 59 | Sunhillsgrace.Co. Ltd |
| 60 | Ultra-fast delivery |
| 51 | TXFQZL |
| 61 | XEOVHVLJ |
| 62 | lulshou |
| 83 | mdqart |
| 65 | EverShine Factory Official Store |
| 67 | AZQSD Handicrafts Store |
| 69 | Huacan Official Store |
| 79 | Huacan Painting By Numbers Store |
| 6 | chenzhipingyishuhaibao |
| 55 | Di Fang STORE |
| 2 | Better Selection |

DATED: March 22, 2024  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 22, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt