IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA RITA ANGIOLELLI,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                Defendants. | No. 23-cv-15333<br><br>Judge John F. Kness |

**FINAL JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff ANNA RITA ANGIOLELLI ("Angiolelli" or "Plaintiff") and against all Defendants identified in the attached First Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have sold products using infringing versions of Angiolelli's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-352-266 and VA 2-352-267 (the "Anna Rita Angiolelli Works") to residents of Illinois. Defaulting Defendants are liable for willful federal copyright infringement (*see* 17 U.S.C. § 504).

IT IS FURTHER ORDERED that:

    1.    Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

        a.    using the Anna Rita Angiolelli Works or any reproductions, infringing

copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Anna Rita Angiolelli product or not authorized by Angiolelli to be sold in connection with the Anna Rita Angiolelli Works;

      b.    passing off, inducing, or enabling others to sell or pass off any product as a genuine Anna Rita Angiolelli product or any other product produced by Angiolelli, that is not Angiolelli's or not produced under the authorization, control, or supervision of Angiolelli and approved by Angiolelli for sale under the Anna Rita Angiolelli Works;

      c.    committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Angiolelli, or are sponsored by, approved by, or otherwise connected with Angiolelli; and

      d.    manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Angiolelli, nor authorized by Angiolelli to be sold or offered for sale, and which bear any of Angiolelli's copyrights, including the Anna Rita Angiolelli Works, or any reproductions, infringing copies or colorable imitations.

2.    Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platform such as Amazon Payments, Inc. ("Amazon"), Walmart Inc. ("Walmart"), eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), and Alipay US, Inc. and its related companies and affiliates ("Alipay") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

        a.      using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Anna Rita Angiolelli Works; and

        b.      operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Anna Rita Angiolelli Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Anna Rita Angiolelli product or not authorized by Angiolelli to be sold in connection with the Anna Rita Angiolelli Works.

    3.      Upon Angiolelli's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Anna Rita Angiolelli Works.

    4.      Under 17 U.S.C. § 504(c)(2), Angiolelli is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Anna Rita Angiolelli Works on products sold through at least the Defendant Internet Stores.

    5.      Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Walmart, eBay, PayPal, and Alipay shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Walmart, eBay, PayPal, and Alipay are hereby released to Angiolelli as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Walmart, eBay, PayPal, and Alipay are ordered to release to Angiolelli the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Angiolelli has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Angiolelli shall have the ongoing authority to commence supplemental proceedings under Rule 69 of the Federal Rules of Civil Procedure.

8. In the event that Angiolelli identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Angiolelli may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Anna Rita Angiolelli and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand U.S. dollar ($10,000) surety bond posted by Angiolelli is hereby released to Angiolelli or Plaintiff's counsel, Keith Vogt, Ltd., 33 W Jackson Blvd, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Angiolelli or Plaintiff's counsel.

**This is a Final Judgment**.

SO ORDERED in No. 23-cv-15333.

Date: March 27, 2024

_____
JOHN F. KNESS
United States District Judge

4

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | DSFSFSREERE345353SDFDF |
| 2 | |
| 3 | CHEN LONG DE |
| 4 | lylinghaibao |
| 5 | xiaojiexinshangmaoyouxiangongsi |
| 6 | |
| 7 | yangppposter |
| 8 | junfeng art |
| 9 | guangzhoufenzhishangmao |
| 10 | guangzhoushizhizhidianzishangwuzhongxin |
| 11 | liuyunzhutinsigndian |
| 12 | anqingshenqiangshangmaoyouxiangongsi |
| 13 | LUSandy |
| 14 | huangqiuxiayishu |
| 15 | zhengxinjinyishuhaibao |
| 16 | Huang Jianyu Art |
| 17 | suizhoushizengduquhuanmiaokangbaihuoshangmao |
| 18 | SU GUO SHUI |
| 19 | HE YUN BIN |
| 20 | binbinl |
| 21 | guoliqingongyipinyishu |
| 22 | zhengaizhenhaibao |
| 23 | Lsocmose |
| 24 | 衡芹贸易有限公司 |
| 25 | Liuyang Lujinfu E-commerce Co., Ltd |
| 26 | ZYXYGS |
| 27 | HanJiangQuQiuLuZhenZhangZhiTaoGongYiPinShangHang |
| 28 | BaiShaZhenZhangChunXiangGongYiPinShangHang |
| 29 | huiyitingcanbaihuodian |
| 30 | huimaizhenpindi |
| 31 | WZD_Store |
| 32 | KmoMUS |
| 33 | XinLuoQuKaAngJiaJuDian |
| 34 | Jane Austen% |
| 35 | chenzebinhaibao |
| 36 | ZhiQiongUs |
| 37 | 杜璧贸易有限公司 |
| 38 | polwer |
| 39 | 襄阳市冷炉禾商贸有限公司 |

| | |
|---|---|
| 40 | henanhuangangwangluokejiyouxiangongsi |
| 41 | DFDGBD |
| 42 | baoiwei |
| 43 | zhanglimaoyiyouxiangongsi |
| 44 | dongyijunshangmaoyouxiangongsi |
| 45 | WANGQINGHAI |
| 46 | Cwei art haibao |
| 47 | chenchangshan666 |
| 48 | LZShuihua |
| 49 | fangjmyishu |
| 50 | HeyM Co.Ltd |
| 51 | |
| 52 | MMolecule |
| 53 | |
| 54 | LohomeoK |
| 55 | |
| 56 | Yutaosen |
| 57 | TOY-YOT |
| 58 | New Technic Toys |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | Ever Moment Official Store |
| 64 | Hi Fun Supplies Store |
| 65 | |
| 66 | Self-Adhesive Wallpaper Store |
| 67 | |
| 68 | Marine Garden Gallery |
| 69 | |
| 70 | Jacky Gallery Art |
| 71 | Laixiaoli mosaic painting Store |
| 72 | Thomas Kinkade Art Gallery |
| 73 | XIADARART . Store |
| 74 | DRIPPING Store |
| 75 | RUOPOTY Official Store |
| 76 | ZOOYA Official Store |
| 77 | Artcraft Painting Store |
| 78 | yiwu D-I-Y diamonds painting Store |
| 79 | |
| 80 | comfortable decor Store |
| 81 | Cute Pet Diamond Painting Store |
| 82 | Ying Bo Diamond Painting Official Store |
| 83 | |

6

| 84 | aweestyle |
| --- | --- |
| 85 | DIY Paintings Store |